AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

MATTHEW SIMINERI

*Defendant*

Case No. M- 16-624-M

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW SIMINERI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attachment A.

Date: 5/19/16

Issuing officer's signature

City and state: Phila., PA

MARILYN HEFFLEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5-19-19, and the person was arrested on *(date)* 5-19-19
at *(city and state)* Bangor, PA.

Date: 5-19-19

FBI
*Arresting officer's signature*

*Printed name and title*