IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.                            :      MAG. NO.   16-624-2-M

MATTHEW SIMINERI              :

**O R D E R**

AND NOW, this ___8th___ day of ~~August~~ September, 2016, upon consideration of the Government's Motion for a Second Extension of Time within which the government must file an indictment or information and exclusion of time under the Speedy Trial Act, and the defendant and his counsel's consent to the extension of time, and based on the Court's findings pursuant to 18 U.S.C. § 3161(h)(7)(A) that failure to extend by an additional thirty days, under 18 U.S.C. §3161(b), within which the government must file an indictment in the instant case would be likely to result in a miscarriage of justice which outweighs the interests of the public and the defendant in a speedy trial due to the desire of the parties to further review the case and discuss a possible non-trial disposition, it is hereby ORDERED that the time period within which the government must file an indictment or information in this matter is extended for sixty days, to September 15, 2016, and that that period of time shall be excluded from all computations of time under the Speedy Trial Act (18 U.S.C. § 3161).

BY THE COURT:

_____
HONORABLE RICHARD LLORET
*United States Magistrate Judge*