IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-_____** |
| v. | : | DATE FILED: |
| **MATTHEW SIMINERI,**<br>a/k/a "Matty0228" | : | VIOLATIONS:<br>18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 1 count) |
| | : | |
| | : | 18 U.S.C. § 2251(a) (manufacture of child pornography – 4 counts) |
| | : | 18 U.S.C. § 1470 (transfer of obscene material to a minor – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2) (receipt of child pornography – 4 counts) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 5, 2015 through on or about December 27, 2015, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**MATTHEW SIMINERI,**
a/k/a "Matty0228"

used a facility and means of interstate and foreign commerce, that is, the Internet, and knowingly persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years, to engage in sexual activity, for which any person could be charged with a criminal offense, and attempted to do so, that is, SIMINERI attempted to coerce Minor #1 to photograph and videotape Minor #1 in sexually explicit positions and engaged in sexual activity, and send the images to

SIMINERI, in violation of 18 U.S.C. § 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

## COUNTS TWO THROUGH FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**MATTHEW SIMINERI,**
a/k/a "Matty0228"

employed, used, persuaded, induced, enticed, or coerced Minor #1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by directing Minor #1 to photograph and videotape Minor #1 in sexually explicit positions and engaged in sexual activity, and send the images to SIMINERI, and SIMINERI knew and had reason to know that such depictions would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer, and they were actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depictions were produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

| Count Two | December 5, 2015 |
|---|---|
| Count Three | December 6, 2015 |
| Count Four | December 8, 2015 |
| Count Five | December 9, 2015 |

All in violation of Title 18, United States Code, Sections 2251(a), and 2251(e).

## COUNTS SIX THROUGH NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania and elsewhere, defendant

**MATTHEW SIMINERI,**
a/k/a "Matty0228"

knowingly received visual depictions using a means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, which visual depictions showed a minor engaged in sexually explicit conduct and the producing of those visual depictions involved the use of a minor engaging in sexually explicit conduct.

| Count Six | December 5, 2015 |
| Count Seven | December 6, 2015 |
| Count Eight | December 8, 2015 |
| Count Nine | December 9, 2015 |

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 5, 2015, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MATTHEW SIMINERI,**
**a/k/a "Matty0228"**

using a means or facility of interstate commerce, knowingly transferred an obscene matter to another individual whom SIMINERI believed had not attained the age of 16 years, and attempted to do so.

In violation of Title 18, United States Code, Section 1470.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**ZANE DAVID MEMEGER**
United States Attorney

5