

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 16- cr 435

MATTHEW SIMINERI  :
a/k/a "Matty 0228"

## ORDER FOR BENCH WARRANT

AND NOW, this 13th day of October, 2016, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_Lynne A. Sitarski_
HONORABLE ~~RICHARD A. LLORET~~
United States Magistrate Judge

Sitarski

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

v.   :   CRIMINAL NO. 16- Cr 435

MATTHEW SIMINERI   :
a/k/a "Matty 0228"

MOTION FOR BENCH WARRANT

AND NOW, this          day of          , 2016, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Michelle Rotella, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

*Michelle Rotella* (signature)

Michelle Rotella
Assistant United States Attorney