IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE NOTICE MAILED:   10-21-2016 |
| vs. | : | |
| | : | CRIMINAL NO.: 16-435 |
| MATTHEW SIMINERI | : | |
| USM #75276-066 | : | |

**NOTICE OF ARRAIGNMENT**

**1.**  TAKE NOTICE that you have been indicted by the Grand Jury.   A copy is enclosed.

**2.**  The United States Marshal will make arrangements to have you present before Magistrate Judge Lloret for an:

[ X] ARRAIGNMENT on THURSDAY, OCTOBER 27, 2016, at 1:30 P.M., in Courtroom No. 5A, U.S. COURTHOUSE, PHILADELPHIA, PA.

**3.**  In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately.   You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.**  Please consult with your attorney before the above date.   **NOTE**:   If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court.   If you want an attorney to be appointed for you, contact the office of the **Federal Defenders office of Philadelphia at 215-928-1100.**   If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

[no] Interpreter Required

This case has been assigned to **Judge Jeffrey L. Schmehl**

NOTICE TO:
Defendant, FDC
AUSA: Michelle Rotella, Esq.
DEFENSE COUNSEL: Kathleen M. Gaughan, Esq.
United States Marshal  - PHILA.

Cr. 11 (rev 10/2007)