AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | |
|---|---|
| v. | Case No. 16cr435 |
| MATTHEW SIMINERI A/K/A "MATTY 0228" | |
| Defendant | |

**FILED** UCT 2 4 2016 LUCY V. CHIN, Interim Clerk By _____ Dep. Clerk

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW SIMINERI A/K/A "MATTY 0228",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:2422(b) - USE OF AN INTERSTATE COMMERCE FACILITY TO ENTICE A MINOR TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT - 1 COUNT
18:2251(a) - MANUFACTURE OF CHILD PORNOGRAPHY - 4 COUNTS
18:1470 - TRANSFER OF OBSCENE MATERIAL TO A MINOR - 1 COUNT
18:2252(a)(2) - RECEIPT OF CHILD PORNOGRAPHY - 4 COUNTS

Date:   10/13/2016

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:   PHILA., PA.

LUCY V. CHIN, INTERIM CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10-13-16, and the person was arrested on *(date)* 10-13-16
at *(city and state)* PA

Date:   10-13-16

FBI - Already in Custody
*Arresting officer's signature*

_____
*Printed name and title*