IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 16-435-1 |
| MATTHEW SIMINERI | : | |
| USM# 75276-066 | : | October 31, 2016 |
| FDC PHILADELPHIA | : | |

## NOTICE OF JURY TRIAL

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case is scheduled for **WEDNESDAY, DECEMBER 21, 2016** at **9:30 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, PA.**

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

    Teri L. Lefkowith
    Deputy Clerk to Judge Schmehl
    (610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

served on:    Michelle Rotella, AUSA
              Kathleen M. Gaughan, Esq.
              U.S. Marshal
              Probation Office
              Pretrial Services
              Larry Bowman
              Defendant