IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 16-435** |
| | : | |
| **MATTHEW SIMINERI** | : | |

## O R D E R

**AND NOW**, this          day of                    , 2016, the Court being advised that defense counsel needs additional time to review discovery, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

Trial in this matter shall begin on the          day of                    , 2017.

BY THE COURT:

_____
**THE HONORABLE JEFFREY L. SCHMEHL**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 16-435** |
| | : | |
| | : | |
| **MATTHEW SIMINERI** | : | |

**DEFENDANT'S UNOPPOSED MOTION
FOR A SIXTY (60) DAY CONTINUANCE OF TRIAL**

Matthew Simineri, by his counsel undersigned, respectfully requests that the Court continue the trial. In support of this request, it is stated:

1. On October 27, 2016, Mr. Simineri was arraigned before the Honorable Richard A. LLoret.

2. Trial in this matter is scheduled to commence on December 21, 2016.

3. Additional time is requested to review discovery.

4. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

5. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(I).

6. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent this defendant in this matter.

7. Failure to grant this continuance will also deny counsel for the defendant the opportunity to explore a non-trial disposition of this matter with the government.

8. Undersigned counsel has spoken with the defendant who has advised that he has no objection to this request.

9. Michelle Rotella, Assistant United States Attorney has advised counsel that she has no objection to this request.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted and the trial be continued for sixty (60) days.

Respectfully submitted,

*/s/ Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of Defendant's Unopposed Motion for a Sixty (60) Day Continuance of Trial, via electronically through Eastern District Clerk's Office Electronic Case Filing and/or by hand delivery upon:

Michelle Rotella, Assistant United States Attorney<br>
United States Attorney's Office<br>
615 Chestnut Street, Suite 1250<br>
Philadelphia, Pennsylvania 19106.

    */s/ Kathleen M. Gaughan*
    KATHLEEN M. GAUGHAN
    Assistant Federal Defender

DATE:  December 2, 2016