IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : CRIMINAL NUMBER 16-435
:
MATTHEW SIMINERI :

FILED
DEC - 8 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 6th day of December, 2016, the Court being advised that defense counsel needs additional time to review discovery, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

Trial in this matter shall begin on the 22nd day of February, 2017.

BY THE COURT:

_____
THE HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge