IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 16-435-1 |
| MATTHEW SIMINERI | : | |
| USM# 75276-066 | : | February 14, 2017 |
| FDC PHILADELPHIA | : | |

## AMENDED NOTICE OF JURY TRIAL

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case previously scheduled for WEDNESDAY, FEBRUARY 22, 2017 at 9:30 A.M. before the Honorable Jeffrey L. Schmehl **IS CONTINUED TO MONDAY, APRIL 10, 2017 AT 9:30 A.M. at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, PA.**

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                          Teri L. Lefkowith
                          Deputy Clerk to Judge Schmehl
                          (610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:    2/22/17

served on:     Michelle Rotella, AUSA
                Kathleen M. Gaughan, Esq.
                U.S. Marshal
                Probation Office
                Pretrial Services
                Larry Bowman
                Defendant