**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 16-435** |
| | : | |
| | : | |
| **MATTHEW SIMINERI** | : | |

**FILED**

**FEB 15 2017**

**O R D E R**

KATE BARKMAN, Clerk
By_____ Dep. Clerk

AND NOW, this  /4th  day of  FEBRUARY , 2017, the Court being advised

that defense counsel needs additional time to determine if a non-trial disposition is possible, and

that the Government has no objection to the defendant's motion, the Court finds that the ends of

justice to be served by granting a continuance in this matter outweigh the public's interest in a

speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and

(C), it is hereby

**ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

Trial in this matter shall begin on the  /0th  day of  APRIL , 2017. AT
9:30 A.M. IN PHILADELPHIA.

**BY THE COURT:**

**THE HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge**