## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 16-435-1 |
| MATTHEW SIMINERI | : | |
| USM# 75276-066 | : | March 28, 2017 |
| FDC PHILADELPHIA | : | |

### NOTICE STRIKING JURY TRIAL AND
### SCHEDULING CHANGE OF PLEA HEARING

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case **IS STRICKEN.   A CHANGE OF PLEA HEARING will be held the same date, MONDAY, APRIL 10, 2017 AT 1:30 p.m.,** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, PA.**

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Teri L. Lefkowith
Deputy Clerk to Judge Schmehl
(610) 320-5030

[ ] INTERPRETER REQUIRED -NO
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

served on:    Michelle Rotella, AUSA
Kathleen M. Gaughan, Esq.
U.S. Marshal
Probation Office
Pretrial Services
Larry Bowman
Defendant