IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 16-435-1 |
| MATTHEW SIMINERI | : | |
| USM# 75276-066 | : | June 22, 2017 |
| FDC PHILADELPHIA | : | |

### AMENDED NOTICE OF SENTENCING HEARING

TAKE NOTICE that the **SENTENCING HEARING** in the above case is **RESCHEDULED FROM** MONDAY, JULY 17, 2017 at 11:00 A.M. in Philadelphia **TO TUESDAY, JULY 18, 2017 AT 10:00 A.M.** before the Honorable Jeffrey L. Schmehl **at the James A. Byrne United States Courthouse, 601 Market Street, courtroom (TBA), Philadelphia, PA.**

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                                  Teri L. Lefkowith
                                                  Deputy Clerk to Judge Schmehl
                                                  (610) 320-5030

[ ] INTERPRETER REQUIRED -NO
**[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:   7/17/17**

served on:   Michelle Rotella, AUSA
                   Kathleen M. Gaughan, Esq.
                   U.S. Marshal
                   Probation Office
                   Pretrial Services
                   Larry Bowman
                   Defendant